IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00364-LTB-03

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

NATHAN COOK,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On December 16, 2010, the probation officer submitted a report on offender under supervision recommending early termination of supervised release in this case. The United States Attorney was contacted on December 15, 2010, and has no objections to the proposed termination of supervised release. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 20th day of December, 2010.

       BY THE COURT:

       Lewis T. Babcock
       Senior United States District Judge